## In re SHELBURNE, Inc.
### CHARLTON v. MUNYAN et al.
### No. 7020.

Circuit Court of Appeals, Third Circuit.
March 2, 1939.

Wiliam Charlton, of Atlantic City, N. J. (Emerson Richards, of Atlantic City, N. J., of counsel), for appellant.

George S. Munson, of Philadelphia, Pa., and Francis W. Thomas, of Newark, N. J., for appellee New York Trust Co.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

The decree of the court below is affirmed for the following reasons: First, the order appealed from has been carried out fully by the trustees and the appeal is therefore moot. Second, the order was justified in view of the provisions of Sections 256 and 257 of Chapter 10 of the Bankruptcy Act, as amended, 11 U.S.C.A. §§ 656 and 657.

Affirmed.